**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 25-4844-JFW(BFMx)** Date: August 24, 2026

Title: Yuri Alvarado, et al.*-v-* United States of America

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Julieta Lozano** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** **ORDER TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO NOTIFY THE COURT THAT THIS ACTION WAS IDENTICAL OR RELATED TO ANOTHER ACTION**

Plaintiff's counsel is ordered to show cause, in writing, no later than August 26, 2026, why sanctions should not be imposed in the amount of $1,500.00 for failure to advise the Court on the Civil Cover Sheet that this action is an identical case to Yuri Alvarado, et al. v. United States of America, CV 25-912-AS (see Civil Cover Sheet, Docket No. 2).

No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of monetary sanctions.

IT IS SO ORDERED.